AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

HORACIO HERNANDEZ,
aka Candelaria Hernandez-Munoz

## WARRANT FOR ARREST

CR-N-01-0012-HDM-RAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  HORACIO HERNANDEZ, aka Candelaria Hernandez-Munoz
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Illegal Reentry of a Deported or Removed Alien

in violation of Title  8  United States Code, Section(s)  1326(a) and (b)(2)

ROBERT A. McQUAID, JR.
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

1-10-01   RENO, NEVADA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Reno, NV. | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/23/01 | G. Lucia DUSM | /s/ Lucia |

This form was electronically produced by Elite Federal Forms, Inc.

21

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____